UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00297

**Thomas Warren,**
*Plaintiff,*

v.

**Donna Allen et al.,**
*Defendants.*

**ORDER**

Plaintiff Thomas Warren, an inmate of the Rains County Jail proceeding pro se and *in forma pauperis*, filed this civil suit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b).

On September 30, 2024, the magistrate judge issued a report recommending that this case be dismissed without prejudice due to plaintiff's failure to comply with the court's order to file an amended complaint and failure to prosecute. Doc. 7. A copy of the report was mailed to plaintiff, who did not file written objections.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. This case is dismissed without prejudice. Any pending motions are denied as moot.

*So ordered by the court on January 22, 2025.*

J. CAMPBELL BARKER
United States District Judge

- 1 -